ACCEPTED
12-14-00005
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/6/2015 9:08:45 AM
CATHY LUSK
CLERK

# JOHN W. TUNNELL
**Attorney at Law**
315 E. Frank Avenue
P.O. Box 414
Lufkin, Texas 75902
Phone:     936-699-3131
Facsimile:   936-699-2901
July 27, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/6/2015 9:08:45 AM

CATHY S. LUSK
Clerk

Cathy S. Lusk, Clerk of the Court
Court of Appeals, Twelfth Appellate District, State of Texas
1517 W. Front Street, Ste. 354
Tyler, Texas 75702

Re: 12-14-000056- CR , Joseph Finley v. State of Texas  –  Opinion and Judgment


Dear Ms. Lusk,

Please find the enclosed copy of the receipt for the certified mail green card in the above styled and numbered cause. If you have any questions or need any further information, please feel free to contact this office.


Sincerely,

Melanie Hartsfield
Secretary to John W. Tunnell

# U.S. Postal Service ™
# CERTIFIED MAIL ™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

AMARILLO, TX 79107



| | |
|---|---|
| Postage $3.45 | $2.80 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $0.71 $ $6.96 | 08/05/2015 |

75904 0902 05

Postmark Here

AUG 5 2015

**Sent To** Joseph Finley # 01921967
**Street, Apt. No.; or PO Box No.** 601 Spur 591
**City, State, ZIP+4** Amarillo, TX 79107-9606

PS Form 3800, August 2006                     See Reverse for Instructions